J-S18004-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| DEBORAH ELCHAK SCHEMERY, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| WILLIAM PATRICK SCHEMERY, | |
| Appellee | No. 1376 MDA 2015 |

Appeal from the Order Entered July 15, 2015
In the Court of Common Pleas of Union County
Civil Division at No(s): 14-741

BEFORE:  BOWES, LAZARUS AND STRASSBURGER,* JJ.

JUDGMENT ORDER BY BOWES, J.:                    **FILED APRIL 01, 2016**

Deborah Elchak Schemery filed this appeal from the July 15, 2015 order dismissing this divorce action on the basis that there was another pending divorce action between the parties.  Appellant filed her brief on November 9, 2015.  Appellee's brief was due on December 9, 2015. Pa.R.A.P. 2185(b)(1) ("The appellee shall serve and file appellee's brief within 30 days after service of appellant's brief[.]").  On December 9, 2015, Appellant filed two documents.  The first document is a withdrawal of appearance.  It is executed by Appellant, *pro se*, and withdraws the appearance of counsel of record and enters her appearance *pro se* in the above appeal.  The second document is a praecipe to discontinue.  Therein, Appellant asks this Court to discontinue this appeal and notes that Appellee

_____
* Retired Senior Judge assigned to the Superior Court.

concurs in the request. In accordance with the foregoing, this appeal is discontinued. Pa.R.A.P. 1973 ("An appellant may discontinue an appeal . . . as to all appellees as a matter of course until 14 days after the date on which the appellee's principal brief is due[.]").

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 4/1/2016